Henry Ben-Zvi, SBN: 105419
BEN-ZVI & ASSOCIATES
3231 Ocean Park Blvd., Suite 212
Santa Monica, California 90405
Telephone: 310.664.1570
Facsimile: 310.664.1571

Attorneys for Plaintiffs
SCIE LLC and Paypix LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCIE LLC, a Nevada Limited Liability Company, doing business as Entertainment Partners Services Group; and Paypix LLC, a Nevada Limited Liability Company, doing business as EPSG Pixpay Services,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>XL Reinsurance America Inc. (formerly known as NAC Reinsurance Corporation), Star Insurance Company, Worldwide Film Completion, Inc., The Lewis Horwitz Organization, a division of Southern Pacific Bank, and Does 1 through 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO. CV03-2782 CAS (FMOx)<br><br>[PROPOSED] JUDGMENT |

Following trial (in 2004) and appeal (decided in 2007), Plaintiffs SCIE, LLC and PAYPIX LLC (collectively "Entertainment Partners") and Defendants XL REINSURANCE AMERICA, INC. and STAR INSURANCE COMPANY (collectively XL/Star) entered into a Stipulation Regarding Disposition of Summary Judgment Motion filed January 17, 2008 and entered as an Order by this Court January 18, 2008 (the "Stipulation") by which the parties agreed that, subject to the parties' right to appeal, the principal amount owed to Entertainment Partners was $2,894,988.46. Thereafter, Entertainment Partners filed its Motion for Recovery of Attorneys' Fees and Expenses and Prejudgment Interest, which the Court ruled on by Order dated August 11, 2008 (the "Final Order"). Pursuant to the Stipulation and the Final Order, there is nothing left to decide in this case, and Entertainment Partners is entitled to judgment.

**NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED** that Plaintiffs SCIE, LLC and PAYPIX LLC are awarded and are entitled to recover $ 4,276,313.58 from Defendants XL REINSURANCE AMERICA, INC. and STAR INSURANCE COMPANY, jointly and severally.

Dated: September 2, 2008

_____
HON. CHRISTINA A. SNYDER,
United States District Court Judge

Submitted by:

         /S/         
Henry Ben-Zvi
Attorneys for Plaintiffs
SCIE LLC and Paypix LLC